Disposition of Petitions for Discretionary Review Under G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Wade<br><br>Case below:<br>176 N.C. App. 769 | No. 200P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1276) | Denied<br>(06/29/06) |
| State v. Wall<br><br>Case below:<br>157 N.C. App. 143 | 241P03-3 | Def's Petition for Plain Error Review<br>N.C.G.S. § 7A-28(B)(1)(2)(3)(4)<br>(COA02-115) | Denied<br>(06/29/06) |
| State v. Wilson<br><br>Case below:<br>Randolph County<br>Superior Court | No. 217P06-2 | Def's Motion for "Petition for All Writ for<br>Appeal to a En-Banc Review" | Dismissed<br>(06/29/06) |
| State v. Woodbury<br><br>Case below:<br>177 N.C. App. 150 | No. 255P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-459) | Denied<br>(06/29/06) |
| Stephenson v.<br>Bartlett<br><br>Case below:<br>177 N.C. App. 239 | No. 094P02-5 | 1. Plt's PDR Under N.C.G.S. § 7A-31<br>(COA05-793)<br><br>2. Def's Conditional PDR Under N.C.G.S.<br>§ 7A-31 | 1. Denied<br>(06/29/06)<br><br>2. Dismissed as<br>Moot<br>(06/29/06)<br><br>**Martin, J.,<br>Recused** |
| Strickland v.<br>Lawrence<br><br>Case below:<br>176 N.C. App. 656 | No. 224P06 | Plaintiff-Appellants' PDR Under N.C.G.S.<br>§ 7A-31 (COA05-823) | Denied<br>(06/29/06) |
| Summit Lodging,<br>LLC. v. Jones, Spitz,<br>Moorhead, Baird &<br>Albergotti, P.A.<br><br>Case below:<br>176 N.C. App. 697 | No. 215P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-248) | Denied<br>(06/29/06) |